**Juana GUTIERREZ-GARCIA**
**Petitioner**

v.

**Jefferson B. SESSIONS, III, Attorney**
**General of the United States**
**Respondent**

**No. 16-3919**

United States Court of Appeals,
Eighth Circuit.

Submitted: August 7, 2017

Filed: August 7, 2017

Juana Gutierrez-Garcia, Pro Se

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Karen Yolanda Drummond, Carl H. McIntyre, Karen L. Melnik, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, OIL, U.S. Department of Justice, Washington, DC, for Respondent

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

**PER CURIAM.**

Guatemalan citizen Juana Gutierrez-Garcia petitions for review of an order of the Board of Immigration Appeals dismissing her appeal from a decision of an immigration judge (IJ), denying protection under the Convention Against Torture as well as asylum and withholding of removal.

Having jurisdiction under 8 U.S.C. § 1252, this court denies the petition.

The court concludes that the IJ gave an adequate explanation for the adverse credibility determination, the determination was supported by substantial evidence, and a reasonable adjudicator would not be compelled to reach a contrary conclusion. *See Fesehaye v. Holder*, 607 F.3d 523, 526-27 (8th Cir. 2010).

The petition is denied. *See* 8th Cir. R. 47B.